FILED
February 23, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:＿＿＿＿CR＿＿＿＿
　　　　　　　　Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CAUSE NO.: **DR-22-CR-00329-AM** |
| | § | **I N D I C T M E N T** |
| v. | § § | [VIO: COUNT ONE: 8 U.S.C. § |
| | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| ABRAHAM MICHAEL SIERRA (1), | § | to Transport Illegal Aliens.] |
| JESSICA LYNN SANDOVAL (2). | § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about January 26, 2022, in the Western District of Texas, Defendants,

ABRAHAM MICHAEL SIERRA,
JESSICA LYNN SANDOVAL,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
STEPHEN KAM
Assistant United States Attorney